```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/18/2019__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACK KASIOTIS, DELANO ANGLIN, and SHANTEL RANSOME, on behalf of themselves and others similarly situated,

          Plaintiffs,

-against-

AWP, INC., d/b/a AREA WIDE PROTECTIVE,

          Defendant.

18 Civ. 11825 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having reviewed the parties' joint motion to transfer dated March 18, 2019, ECF No. 35, it is hereby ORDERED that the motion is GRANTED.

    The Clerk of Court is directed to (1) transfer this action to the Northern District of Ohio, Eastern Division, with the notation that it may be related to an action currently pending before the Honorable Christopher A. Boyko, No. 16 Civ. 2613, and (2) terminate the motion at ECF No. 35.

    SO ORDERED.

Dated: March 18, 2019
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge